UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SHIVA BANIYA, JAYA BHANDARI, GYANU CHAND,
RAM KUMAR DHAKAL, et al.,

                                        Plaintiffs,

-against-                                              **AFFIDAVIT OF SERVICE**
                                                                                No. 16-cv-1947

STEVEN KESHTGAR, SAVERIO SETTANNI,
SUDHEER KUMAR, AND MARKETING INC. OF
ISLANDIA,

                                          Defendants.

---

STATE OF NEW YORK
COUNTY OF ALBANY SS:

Denise L. Dooley being duly sworn, deposes and says that she is over the age of eighteen years, is a resident of New York State and is not a party to this action.

That on the 26th day of April, 2016, at approximately the time of 11:00 a.m., at the office of Secretary of State, of the State of New York, in the City of Albany, New York, deponent served the Summons in a Civil Action to Marketing Inc. of Islandia, Complaint (Jury Trial Demanded), Civil Cover Sheet, Individual Practice Rules of Magistrate Judge A. Kathleen Tomlinson, Individual Motion Practices of Judge Arthur D. Spatt, Summons in a Civil Action to Steven Keshtgar, Summons in a Civil Action to Sudheer Kumar and Summons in a Civil Action to Saverio Settanni, upon **MARKETING INC. OF ISLANDIA,** by delivering to and leaving with Sue Zouky an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section 306 of the Business Corporation Law.

Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Sue Zouky is a white female, approximately 60 years of age, stands approximately 5 feet tall, weights approximately 110 pounds with brown hair.

                                                                         Denise L. Dooley

Sworn to before me
this 26th day of April 2016.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2018