UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Attorney: Kaye Scholer, LLP
Address: 250 West 55th Street New York, NY 10019

Job #: 1414748

| | |
|---|---|
| SHIVA BANIYA, et al<br><br>vs<br><br>STEVEN KESHTGAR, et al<br><br>Plaintiff / Defendant | Index Number: 16-cv-1947 (ADS) (AKT)<br><br>Date Filed: 04/21/2016 |

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:
Michael R. Delcore, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 4/22/2016, at 6:03 PM at: 35 S. BAY AVENUE, BRIGHTWATERS, NY 11718 Deponent served the within Summons In a Civil Action, Complaint, Civil Cover Sheet, Individual Practice Rules of Magistrate Judge A. Kathleen Tomlinson, Individual Motion Practices of Judge Arthur D. Spatt

On: STEVEN KESHTGAR, therein named.
Said documents were conformed with index number and date of filing endorsed thereon.

☒ #1 SUITABLE AGE PERSON
By delivering thereat a true copy of each to Mrs. Keshtgar (Wife) a person of suitable age and discretion. Said premises is recipient's:[ ] actual place of business / employment [X] dwelling house (usual place of abode) within the state.

☒ #2 DESCRIPTION
Sex: Female   Color of skin: White   Color of hair: Black   Glasses: No
Age: 36 - 50 Yrs.   Height: 5ft 4inch - 5ft 8inch   Weight: 131-160 Lbs.

☒ #3 MILITARY SERVICE
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ #4 WITNESS FEES
Subpoena Fee Tendered in the amount of

☒ #5 OTHER
Mrs. Keshtgar stated that she resides at location.

Sworn to before me on 04/27/2016
*ANN MARIE MELIA*
NOTARY PUBLIC STATE OF NEW YORK
Registration No. 01ME4914451
Qualified in Nassau County
Commission Expires 12/14/2017

Michael R. Delcore

☒ #6 MAILING
Michael R. Delcore being duly sworn, deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by first class mail on: 04/26/2016 to STEVEN KESHTGAR at 35 S. BAY AVENUE, BRIGHTWATERS, NY 11718 in an official depository of the United States Postal Service in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Sworn to before me on 04/27/2016
*ANN MARIE MELIA*
NOTARY PUBLIC STATE OF NEW YORK
Registration No. 01ME4914451
Qualified in Nassau County
Commission Expires 12/14/2017

Michael R. Delcore

*COURT SUPPORT, INC., 181 HILLSIDE AVENUE, WILLISTON PARK, NY 11596 LICENSE #1382542*